Opinion issued November 20, 2008














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00389-CR

____________


JOSE ZUNIGA, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 56th District Court 

Galveston County, Texas

Trial Court Cause No. 05-CR-0242






MEMORANDUM OPINION

 On October 29, 2008, appellant, Jose Zuniga, filed a motion to dismiss this
appeal. The motion complies with the Texas Rules of Appellate Procedure. See Tex.
R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We dismiss any pending motions as moot.

 We direct the Clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Hanks, and Bland.

Do not publish. Tex. R. App. P. 47.2(b).